# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00168-CV

**Appellant, CMA Consulting Services // Cross Appellant,
Texas Department of State Health Services**

**v.**

**Appellee, Texas Department of State Health Services // Cross-Appellee,
CMA Consulting Services**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. D-1-GN-16-002331, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

PER CURIAM

Appellant/cross appellee CMA Consulting Services and appellee/cross-appellant the Texas Department of State Health Services have filed a joint motion to abate this appeal pending settlement negotiations. Accordingly, we grant the motion and abate the appeal for 30 days from the date of this order or until further order of this Court. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically reinstated after the 30 day period.

Before Chief Justice Rose, Justices Pemberton and Goodwin

Abated

Filed: July 18, 2018